B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tiritilli, Anthony Bernard** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0726** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**561 N. Vine St.**<br>**Hinsdale, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code  **60521** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

#### Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | More than $1 billion |

#### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | More than $1 billion |

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tiritilli, Anthony Bernard** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tiritilli, Anthony Bernard**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Bernard Tiritilli**
Signature of Debtor **Anthony Bernard Tiritilli**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December  8, 2011**
Date

**Signature of Attorney***

X **/s/ David A. Newby**
Signature of Attorney for Debtor(s)

**David A. Newby 6191580**
Printed Name of Attorney for Debtor(s)

**Coman & Anderson, P.C.**
Firm Name

**650 Warrenville Road**
**Suite 500**
**Lisle, IL 60532**

Address

**Email: khaskell@comananderson.com**
**630/428-2660  Fax: 630/428-2549**
Telephone Number

**December  8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Anthony Bernard Tiritilli**                                                                    Case No. _____

Debtor(s)                                        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                        Page 2

     □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     □ Active military duty in a military combat zone.

     □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

          Signature of Debtor:   **/s/ Anthony Bernard Tiritilli**
                                  **Anthony Bernard Tiritilli**

          Date:    **December  8, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anthony Bernard Tiritilli**                                        ,          Case No. _____

Debtor

Chapter _____    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 4,368.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 203,780.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 14,894,850.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 18,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 22,243.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 4,368.23 | | |
| | | | Total Liabilities | 15,098,630.79 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Anthony Bernard Tiritilli**                                                ,    Case No. _____

                                                          Debtor

                                                                                        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07)

.

In re    **Anthony Bernard Tiritilli**                                    ,        Case No. _____

                                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re     **Anthony Bernard Tiritilli**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** | J | 9.91 |
| | | **Harris Bank** | - | 11.12 |
| | | **First Midwest Bank Checking 6133** | - | 1,359.14 |
| | | **First Midwest Bank Checking 6695** | - | 0.56 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **4 TVs $575; CD player $25; DVD player $25; Wii video game $100; Couch $200; Kitchen table and chairs $50; Dining room table $50; Couch $100; recliner $50; entertainment center $100; bed and mattress $150; dresser and nightstands $250; 3 children bedroom sets $1000, set of china $250; kitchen misc. $125; misc. pictures $75** | J | 1,737.50 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Typical clothing for adult man** | - | 250.00 |
| 7.  Furs and jewelry. | | **Breitling watch ("Blackbird")** | - | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AXA Term Life Policy Wife Beneficiary No cash surrender value** | - | 0.00 |

|  |  |  | Sub-Total >      (Total of this page) | 4,368.23 |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli** _____,   Case No. _____

_Debtor_

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **AZA Term Life Policy**<br>**Wife beneficiary**<br>**No cash surrender value** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **South Building, LLC**<br>**20% interest**<br>**(owns 1 acre vacant land adjacent to North Melrose Development, negative equity <$1.9MM>)** | - | **Unknown** |
| | | **Riverwoods Condo, LLC**<br>**20% interest** | - | **Unknown** |
| | | **Development Chicago, LLC**<br>**20% interest** | - | **Unknown** |
| | | **51st Associates, LLC**<br>**15% interest** | - | **Unknown** |
| | | **By the Lake, LLC**<br>**20% interest** | - | **Unknown** |
| | | **By the Lake II, LLC**<br>**20% interest** | - | **Unknown** |
| | | **1701 W. 13th Street, LLC**<br>**12.4% interest**<br>**(master lease on 1300 S. Paulina St., negative equity <$900K>)** | - | **Unknown** |
| | | **North Melrose Development, LLC**<br>**20% interest**<br>**(owns 13 Condos/townhomes, Thatcher Woods, negative equity <$4MM>)**<br>**Property in foreclosure 10 CH 37608** | - | **Unknown** |

Sub-Total >   **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **5007 Lawndale Corporation**<br>**15% interest** | - | **Unknown** |
| | | **Irongate Morgan, LLC**<br>**15% interest** | - | **Unknown** |
| | | **Irongate Development, LLC**<br>**50% interest** | - | **Unknown** |
| | | **Irongate Construction, LLC**<br>**50% interest** | - | **Unknown** |
| | | **Irongate Land Company, S-Corp**<br>**50% interest** | - | **Unknown** |
| | | **Irongate Capital Mgt. LLC**<br>**33% interest** | - | **Unknown** |
| | | **RCD, Inc., S-Corp**<br>**60.4% interest** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                              Sub-Total >              **0.00**
                                                                        (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 4,368.23 |

Sheet   __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Anthony Bernard Tiritilli**                                                              ,     Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America** | **735 ILCS 5/12-1001(b)** | **9.91** | **9.91** |
| **Harris Bank** | **735 ILCS 5/12-1001(b)** | **11.12** | **11.12** |
| **First Midwest Bank Checking 6133** | **735 ILCS 5/12-1001(b)** | **1,241.47** | **1,359.14** |
| **Household Goods and Furnishings** | | | |
| **4 TVs $575; CD player $25; DVD player $25; Wii video game $100; Couch $200; Kitchen table and chairs $50; Dining room table $50; Couch $100; recliner $50; entertainment center $100; bed and mattress $150; dresser and nightstands $250; 3 children bedroom sets $1000, set of china $250; kitchen misc. $125; misc. pictures $75** | **735 ILCS 5/12-1001(b)** | **1,737.50** | **3,475.00** |
| **Wearing Apparel** | | | |
| **Typical clothing for adult man** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Furs and Jewelry** | | | |
| **Breitling watch ("Blackbird")** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | Total: | **4,250.00** | **6,105.17** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Anthony Bernard Tiritilli**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**The Leaders Bank**<br>**2001 York Road**<br>**Oak Brook, IL 60523** | - | | | | UCC 13531587 | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Anthony Bernard Tiritilli**                                                ,     Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Anthony Bernard Tiritilli**                                                        ,    Case No. _____
                                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2007 taxes** | | | | | |
| **Internal Reveue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604** | - | | | | | | | 203,780.00 |
| | | | | | | | 203,780.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 203,780.00 | 203,780.00 0.00 |
| | Total (Report on Summary of Schedules) | 203,780.00 | 203,780.00 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Anthony Bernard Tiritilli** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **3 Point LLC** <br> **450 West 55th St.** <br> **Ste. 200** <br> **La Grange, IL 60525** | - | | **Various** <br> **Business debt** | | | | 1,780.00 |
| Account No. <br><br> **ACI - American Coradius Int'l LLC** <br> **2420 Sweet Home Rd.** <br> **Ste. 150** <br> **Buffalo, NY 14228** | - | | | | | | 0.00 |
| Account No. **xxXXXX** <br><br> **American Collections** <br> **919 Estes Ct.** <br> **Schaumburg, IL 60193** | - | | **Collection Agency for revolving credit** | | | | 773.00 |
| Account No. **349991815755XXXX** <br><br> **American Express** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | - | | **Various** <br> **Revolving credit** | | | | 12,120.00 |

| | | |
|---|---|---|
| __23__ continuation sheets attached | Subtotal <br> (Total of this page) | 14,673.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    S/N:35169-111123   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **06637601901030XXXX**<br><br>**AMEX**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | - | | | Various<br>Closed account | | | X | 60,947.00 |
| Account No.<br><br>**Andersen Environmental Consulting**<br>**6655 Main St.**<br>**#110**<br>**Downers Grove, IL 60516** | - | | | Various<br>business debt | | | | 1,625.00 |
| Account No.<br><br>**Blitzer, David**<br>**345 Park Ave.**<br>**New York, NY 10154** | - | | | 3/6/2008<br>Potential liability business loan to Irongate Land Cmpany | | | | 875,000.00 |
| Account No.<br><br>**BSB Design**<br>**1601 West Lakes Parkway**<br>**Ste. 200**<br>**West Des Moines, IA 50266** | - | | | Various<br>business debt | | | | 6,053.92 |
| Account No. **48021370xxxx**<br><br>**Cap One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | - | | | Various<br>Business credit card | | | | 1,679.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

945,304.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                                   ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54663026XXXX** <br><br> **Cap One** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | - | | **Various** <br> **Revolving credit** | | | | 19,852.00 |
| Account No. <br><br> **Capital One Bank** <br> **c/o Blatt, Hasenmiller, Leibsker** <br> **125 South Wacker Dr., Ste. 400** <br> **Chicago, IL 60606** | - | | **Various** <br> **Personally guaranteed business credit card** | | | | 1,282.00 |
| Account No. <br><br> **Carranza Stone Corp.** <br> **4106 W. Armitage Ave.** <br> **Chicago, IL 60639** | - | | **Various** <br> **business debt** | | | | 4,680.00 |
| Account No. <br><br> **Castaldo, Michael** <br> **359 Galway Ct.** <br> **Bloomingdale, IL 60108** | - | | **6/8/2008** <br> **Personal guaranty on business loan to Irongate Land Company** | | | | 180,000.00 |
| Account No. <br><br> **Castaldo, Nicholas** <br> **3111 York Rd.** <br> **Oak Brook, IL 60523** | - | | **6/8/2007** <br> **Personal guaranty on business loan (Irongate Land Company, original loan $100,000)** | | | | 180,000.00 |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

385,814.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                    ,          Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Castaldo, Ronald**<br>**1220 National Ave.**<br>**Addison, IL 60101** | - | | | **5/12/2008**<br>**Personal guaranty on business loan to Irongate Land Company** | | | | 180,000.00 |
| Account No.<br><br>**CDW**<br>**200 N. Milwaukee Ave.**<br>**Vernon Hills, IL 60061** | - | | | **Various**<br>**business debt** | | | | 4,434.71 |
| Account No.  **42463151xxxx**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | | **Various**<br>**Revolving credit account**<br>**In collections Creditstone LLC** | | | | 55,679.00 |
| Account No.  **276XXXX**<br><br>**Chase**<br>**201 N. Walnut St.**<br>**#DE1-10** | - | | | **Various**<br>**Line of credit, account closed, transferred** | | | X | 0.00 |
| Account No.<br><br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | - | | | **Various**<br>**business debt** | | | | 23,269.59 |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

263,383.30

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                    ,        Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Chicago Flooring System** 1029 North Throop St. Chicago, IL 60642 | - | | | | Various business debt | | | | 1,013.00 |
| Account No. **54661600XXXX** **Citi** P.O. Box 6241 Sioux Falls, SD 57117 | - | | | | Various Judgment, Cook Co. Case No. 08-M1-188571 | | | | 28,378.00 |
| Account No. **Citibank South Dakota** c/o Blatt Hansenmiller 125 S. Wacker Dr, #400 Chicago, IL 60606 | - | | | | 5/2010 Judgment 2009 M1 203834 | | | | 13,330.00 |
| Account No. **CitiCard** PO Box 688906 Des Moines, IA 50368 | - | | | | Various business debt | | | | 27,036.63 |
| Account No. **1119911XXXX** **CitiMortgage, Inc.** PO Box 9438 Gaithersburg, MD 20898 | - | | | | 10/2007 Real Estate Mortgage Possible deficiency from foreclosure Case 2009 CH 22471 | X | X | X | Unknown |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,757.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                                        ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various business debt | | | | |
| **Consultatio Resource** **5225 Old Orchard Rd.** **Ste. 31-32** **Skokie, IL 60077** | - | | | | | | | | 3,500.00 |
| Account No. | | | | | Various business debt | | | | |
| **Continental Disposal** **908 W. 31st** **Chicago, IL 60608** | - | | | | | | | | 8,037.00 |
| Account No. | | | | | Various business debt | | | | |
| **Cornerstone Solutions** **120 W. 22nd St., #350** **Oak Brook, IL 60523** | - | | | | | | | | 4,288.21 |
| Account No. | | | | | Various business debt | | | | |
| **Cowhey Gudmundson Leder LTD** **300 Park Blvd., #205** **Itasca, IL 60143** | - | | | | | | | | 4,190.27 |
| Account No. | | | | | | | | | |
| **Credit One, LLC** **P.O. Box 625** **Metairie, LA 70004** | - | | | | | | | | 55,679.00 |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,694.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                      ,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **CH33XXXX**<br><br>**Creditstone LLC**<br>**PO Box 625**<br>**Metairie, LA 70004** | - | | | | **NOTICE ONLY**<br>**Collection agency for Chase** | | | | 0.00 |
| Account No.<br><br>**Cybor Fire Protection**<br>**5123 Thatcher Rd.**<br>**Downers Grove, IL 60515** | - | | | | **Various**<br>**business debt** | | | | 905.00 |
| Account No.<br><br>**Daley and George, LTD**<br>**20 S. Clark St.,**<br>**Suite 400**<br>**Chicago, IL 60603** | - | | | | **Various**<br>**business debt** | | | | 24,428.54 |
| Account No.<br><br>**Daniel Weinbach & Partners Ltd.**<br>**53 W. Jackson**<br>**Ste. 250**<br>**Chicago, IL 60604** | - | | | | **Various**<br>**business debt** | | | | 12,095.00 |
| Account No.<br><br>**Devito, Cynthia and Dennis**<br>**100 Bellevue Pl.**<br>**Chicago, IL 60611** | X - | | | | **10/23/2007**<br>**Personal guaranty on business loan to Irongate Morgan, LLC** | | | | 175,000.00 |

Sheet no. __6___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **212,428.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                            ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Edward Hines Lumber Co.<br>1000 Corporate Dr.<br>Buffalo Grove, IL 60089 | | - | Various<br>business debt | | | | 1,053.92 |
| Account No.<br><br>Edward Hines Lumber Co.<br>C/o Dimonte & Lizak<br>216 Higgins Rd.<br>Park Ridge, IL 60068 | X | - | 8/3/2010<br>Judgment in Cook County Case<br>2010-M3-004225 | | | | 25,804.00 |
| Account No.<br><br>Elite Electric Co.<br>1624 N. 25th Ave.<br>Melrose Park, IL 60160 | | - | Various<br>business debt | | | | 2,876.00 |
| Account No.<br><br>ENCAP, Inc.<br>224 S. Main St.<br>Wheaton, IL 60187 | | - | Various<br>business debt | | | | 2,585.40 |
| Account No.<br><br>Eriksson Engineering Assoc. Ltd.<br>145 Commerce Dr.<br>Suite A<br>Grayslake, IL 60030 | | - | Various<br>business debt | | | | 5,915.00 |

Sheet no. __7__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,234.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Final Touch Painting**<br>**729 South Loomis St.**<br>**Chicago, IL 60607** | - | | **Various**<br>**business debt** | | | | 5,920.00 |
| Account No.<br><br>**First Merit Bank**<br>**501 W. North ave.**<br>**Melrose Park, IL 60160** | X - | | **April, 2005**<br>**Guaranty on business loan for Thatcher Woods to North Melrose Development, LLC.**<br>**Cook Co. Case 10 CH 37608** | | | X | 6,462,897.00 |
| Account No.<br><br>**Fox Valley Imaging Center**<br>**1551 Bond St.**<br>**Ste. 107**<br>**Aurora, IL 60503** | - | | **Medical services** | | | | 500.00 |
| Account No.<br><br>**Fuchs & Roselli, Ltd.**<br>**440 W. Randolph #500**<br>**Chicago, IL 60606** | - | | **Various**<br>**business debt** | | | | 11,731.50 |
| Account No.<br><br>**Furniture Medic**<br>**8212 North Oleander Ave.**<br>**Niles, IL 60714** | - | | **Various**<br>**business debt** | | | | 634.38 |

Sheet no. **8** of **23** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,481,682.88**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various business debt | | | | |
| **Georges NW Glass 6101 Kennedy Ave. Hammond, IN 46323** | - | | | | | | | 620.00 |
| Account No. | | | | Various business debt (personal guaranty on loan - Irongate) | | | | |
| **Graff, Mattias 724 Fifth Avenue, Ste. 900 Apt. 1 New York, NY 10019** | - | | | | | | | 31,500.00 |
| Account No. | | | | Various business debt | | | | |
| **Grants Signs 1540 S. Ashland #102 Chicago, IL 60608** | - | | | | | | | 1,993.25 |
| Account No. | | | | Various business debt | | | | |
| **Great Floors, Inc. 9025 W. Cermak Riverside, IL 60546** | - | | | | | | | 7,142.00 |
| Account No. | | | | Various business debt | | | | |
| **Gremley and Biedermann 4505 North Elston Ave. Chicago, IL 60630** | - | | | | | | | 5,250.00 |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,505.25

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2344720XXXX** <br><br> **HSBC/RS** <br> **90 Christiana Rd.** <br> **New Castle, DE 19720** | | - | | **Various** <br> **Revolving credit** | | | | **0.00** |
| Account No. <br><br> **Illinois Paper & Copier Co.** <br> **6 Territorial Court** <br> **Bolingbrook, IL 60440** | | - | | **Various** <br> **business debt** | | | | **1,014.84** |
| Account No. <br><br> **In-Lite Electrical Construction** <br> **904 S. Roselle Rd.** <br> **Ste. 300** <br> **Schaumburg, IL 60193** | | - | | **Various** <br> **business debt** | | | | **17,791.00** |
| Account No. <br><br> **Iorii, Neal** <br> **3025 Soffel Ave.** <br> **Melrose Park, IL 60160** | X | - | | **3/15/2011** <br> **Personal guaranty on business loan (Park Place)** | | | | **10,500.00** |
| Account No. <br><br> **Johnson, Taylor** <br> **180 N. Wacker Dr.** <br> **Ste. 200** <br> **Chicago, IL 60606** | | - | | **Various** <br> **business debt** | | | | **20,769.30** |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,075.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Keating, Keith Keating Development Group, LLC 150 Lance Dr. Twin Lakes, WI 53181 | - | | | Personal guaranty on business loan to finance purchase of 33 Six South Morgan by Irongate Morgan LLC. | | | | 1,000,000.00 |
| Account No.  Kenig, Lindgren, O'Hara, Aboona Inc 9575 W. Higgins Rd. Ste. 400 Des Plaines, IL 60018 | - | | | Various business debt | | | | 10,087.00 |
| Account No.  KOR Plumbing Contractors, Inc. 226 Tee Lane Bloomingdale, IL 60108 | - | | | Various business debt | | | | 36,968.00 |
| Account No.  L&M Electric 7129 South Oakley Ave. Chicago, IL 60636 | - | | | Various business debt | | | | 3,885.00 |
| Account No.  Leaders Bank c/o Bruce De'Medicie Law Offices 834 Forest Ave. Oak Park, IL 60302 | X - | | | Pending lawsuit Cook County Law Div. Case No. 2010 L 14675 loan on 1300 S. Paulina | | | X | 850,878.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,901,818.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                    ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Loresche, Jim<br>3025 Soffel Ave<br>Melrose Park, IL 60160** | X | - | | **3/15/2011<br>Personal guaranty on business loan (Park Place)** | | | | 10,500.00 |
| Account No.<br><br>**Mackie Constultants, LLC<br>9575 W. Higgins Rd.<br>Ste. 500<br>Des Plaines, IL 60018** | | - | | **Various<br>business debt** | | | | 33,469.65 |
| Account No.<br><br>**Maggio-Rent-A-Fence<br>2225 W. North Ave<br>Melrose Park, IL 60160** | | - | | **Various<br>business debt** | | | | 2,709.81 |
| Account No.<br><br>**Maggio-Rent-A-Potty<br>2225 W. North Ave.<br>Melrose Park, IL 60160** | | - | | **Various<br>business debt** | | | | 1,390.00 |
| Account No.<br><br>**Mannheim Rental Equipment<br>3231 N. Mannheim Rd.<br>Franklin Park, IL 60131** | | - | | **Various<br>business debt** | | | | 3,890.00 |

Sheet no. __12__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,959.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                        ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Various business debt | | | | |
| Marquardt, Kallas & Belmonte, PC 311 S. County Farm Rd. Wheaton, IL 60187 | - | | | | | | | 3,540.00 |
| Account No. | | | | See Ted Mazola for $ amount Personal guaranty on business loan for Riverwoods condo settlement (Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp) | | | | |
| Mauro, Gus 1440 W. Taylor St. Chicago, IL 60607 | - | | | | | | | 0.00 |
| Account No. | | | | See Ted Mazola Personal guaranty on business loan for Park Place Settlement (Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp) | | | | |
| Mauro, Gus 1440 W. Taylor St. Chicago, IL 60607 | - | | | | | | | 0.00 |
| Account No. | | | | Personal guaranty on business loan for Riverwoods condo settlement (Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp) | | | | |
| Mazola, Ted 1440 W. Taylor St. Chicago, IL 60607 | - | | | | | | | 45,000.00 |
| Account No. | | | | Personal guaranty on business loan for Park Place Settlement (Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp) | | | | |
| Mazola, Ted 1440 W. Taylor St. Chicago, IL 60607 | - | | | | | | | 313,750.00 |

Sheet no. __13__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

362,290.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                      ,        Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | April, 2007 | | | | |
| MB Financial 6111 North River Rd. Des Plaines, IL 60018 | X | - | | Personal guaranty for business loan on Thatcher Woods. Deed in lieu accepted, possible deficiency | | X | X | 2,976,934.00 |
| Account No. | | | | Various | | | | |
| Meier Masonry 825 Fairhope Glenview, IL 60025 | | - | | business debt | | | | 40,882.00 |
| Account No. | | | | Balance owed on prior vehicle lease that expired in April 2010. | | | | |
| Mercedes Benz Financial 26455 Corporate Dr. Farmington, MI 48331 | | - | | | | | | 5,000.00 |
| Account No. | | | | 10/23/2007 | | | | |
| Michael E. Devito Living Trust 100 Bellevue Pl. Chicago, IL 60611 | X | - | | Personal guaranty on business loan to Irongate Morgan, LLC | | | | 100,000.00 |
| Account No. | | | | Medical Services | | | | |
| Midwest Academy of Pain - Spine P.O. Box 3336 Hinsdale, IL 60522 | | - | | | | | | 475.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,123,291.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Monster, Inc.** P.O Box 90364 Chicago, IL 60696 | - | | Various business debt | | | | 1,175.00 |
| Account No. **Mossner IDM** 200 North Michigan Ave. 2nd Fl. Chicago, IL 60601 | - | | Various business debt | | | | 3,025.00 |
| Account No. **Nexus Lexes** c/o The Chait, Kaplan Baim Firm 30 N. LaSalle, Ste. 1520 Chicago, IL 60602 | - | | Personally guaranteed business payables | | | | 5,446.00 |
| Account No. **Nicor** P.O. Box 190 Aurora, IL 60507 | - | | Personally Guaranteed business payables (Renzi Construction) | | | | 586.00 |
| Account No. **OK Heating, Inc** 446 N. Western Chicago, IL 60612 | - | | Various business debt | | | | 590.00 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **10,822.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Papp, Chuck**<br>**120 North LaSalle St., Ste. 900**<br>**Chicago, IL 60602** | - | | **6/18/2011**<br>**Business loan for 33 Six condominium project (loan is from Chuck Papp and Roseann Pileggi)** | | | | **32,500.00** |
| Account No.<br><br>**Papp, Chuck**<br>**120 N. LaSalle St.**<br>**Ste. 900**<br>**Chicago, IL 60602** | - | | **See Ted Mazola for $**<br>**Personal guaranty on business loan for Riverwoods condo settlement**<br>**(Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp)** | | | | **0.00** |
| Account No.<br><br>**Papp, Chuck**<br>**120 N. LaSalle St.**<br>**Ste. 900**<br>**Chicago, IL 60602** | - | | **See Ted Mazola**<br>**Personal guaranty on business loan for Park Place Settlement**<br>**(Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp)** | | | | **0.00** |
| Account No.<br><br>**Papp, Patricia** | - | | **9/10/2007**<br>**Potential liability on business loan to Irongate Land Company** | | | X | **100,000.00** |
| Account No.<br><br>**Pedersen & Houpt**<br>**161 North Clark St.**<br>**Ste. 3100**<br>**Chicago, IL 60601** | - | | **Various**<br>**business debt** | | | | **36,956.70** |

Sheet no. __16__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **169,456.70**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pileggi, Rosanne<br>4804 Grand Avenue<br>Western Springs, IL 60558** | - | | **6/18/2011<br>Business loan for 33 Six condominium project (owed to Chuck Papp and Rosann Pileggi - $32,500 total, see Chuck Papp)** | | | | 0.00 |
| Account No.<br><br>**Pioneer Engineering and Env. Svc.<br>700 N. Sacramento Blvd<br>Ste. 101<br>Chicago, IL 60612** | - | | **Various<br>business debt** | | | | 9,608.75 |
| Account No.<br><br>**R&R Glass and Windows, Inc.<br>3541 N. Kenton Ave.<br>Chicago, IL 60641** | - | | **Various<br>business debt** | | | | 890.00 |
| Account No.<br><br>**R. Carrozza Plumbing Inc.<br>9226 W. Chestnut Ave.<br>Franklin Park, IL 60131** | - | | **Various<br>business debt** | | | | 2,287.30 |
| Account No.<br><br>**Renzi, Neil<br>1300 South Paulina<br>Ste. 300<br>Chicago, IL 60602** | - | | **See Ted Mazola for $ amount<br>Personal guaranty on business loan for Riverwoods condo settlement<br>(Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp)** | | | | 0.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,786.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                                ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Renzi, Neil 1300 South Paulina Ste. 300 Chicago, IL 60602 | - | | | See Ted Mazola Personal guaranty on business loan for Park Place Settlement (Ted Mazola, Gus Mauro, Neil Renzi and Chuck Papp) | | | | 0.00 |
| Account No.  Residences Riverwood c/o Kovitz Shifrin Nesbit 750 Lake Cook Rd., #350 Buffalo Grove, IL 60089 | - | | | 10/2010 Judgment in case 2010 M1 707172 | | | | 940.98 |
| Account No. xxxxxxxxXXXX  RNB-Fields3 PO Box 9475 Minneapolis, MN 55440 | - | | | Various Revolving creit account transferred to another lender | | | X | 0.00 |
| Account No.  Rozencranz, Linda 1423 W. Flournoy Chicago, IL 60607 | - | | | 2/1/2008 Personal guaranty on business loan to Irongate Land Company | | | | 140,000.00 |
| Account No.  Sandoval Construction Co. 360 Green Feather Ln. Elgin, IL 60120 | - | | | Various business debt | | | | 50,025.00 |

Sheet no. __18__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     190,965.98

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various business debt | | | | |
| **Schaaf Window Co., Inc.** **18445 Thompson Ct., #A** **Tinley Park, IL 60477** | - | | | | | | | 2,807.79 |
| Account No. | | | | Various buisness debt | | | | |
| **Schefsky & Froelich** **111 East Wacker Dr.** **Ste. 2800** **Chicago, IL 60601** | - | | | | | | | 11,725.94 |
| Account No. | | | | Various business debt | | | | |
| **Service Master** **1440 W. North Ave.#205** **Melrose Park, IL 60160** | - | | | | | | | 2,513.00 |
| Account No. | | | | Various business debt | | | | |
| **Spillman & Wotyla Insurance** **568 Pennsylvania Ave.** **Glen Ellyn, IL 60137** | - | | | | | | | 1,114.00 |
| Account No. 2672XXXX | | | | Various Business credit card in collection | | | | |
| **SST/CIGPFIC CORP** **4315 Pickett Rd.** **Saint Joseph, MO 64503** | - | | | | | X | X | 1,980.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **20,140.73**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

12/08/11  4:26PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                              ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **SST/CIGPFIC CORP** **4315 Pickett Rd.** **Saint Joseph, MO 64503** | - | | | | | | | | 1,980.00 |
| Account No. | | | | | Various business debt | | | | |
| **Staples Business Advantage** **Dept. DET 2368** **PO Box 83689** **Chicago, IL 60696** | - | | | | | | | | 4,951.26 |
| Account No. | | | | | | | | | |
| **Strategic Recovery Group** **7880 Bent Branch Dr.** **Ste. 150** **Irving, TX 75063** | - | | | | | | | | 0.00 |
| Account No. | | | | | Various business debt | | | | |
| **Strategy Planning Associates** **1480 Spalding Dr.** **Atlanta, GA 30350** | - | | | | | | | | 7,500.00 |
| Account No. | | | | | Various business debt | | | | |
| **The Structural Shop** **9601 River ST.** **Schiller Park, IL 60176** | - | | | | | | | | 16,785.40 |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,216.66

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony Bernard Tiritilli**                                                      ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Personally guaranteed business payables | | | | |
| **Torque Design** **167 N. Racine** **Suite 2** **Chicago, IL 60607** | | | | | | | | 31,437.00 |
| Account No. | | - | | 2/1/2008 **Personal guaranty on business loan to Irongate Land Company** **Judgment 2009 M1 110408** | | | | |
| **Torque, Ltd.** **309 Justine** **Chicago, IL 60607** | | | | | | | | 29,623.50 |
| Account No. | | | | **Various** **business debt** | | | | |
| **Trage Brothers Appliances** **7440 Madison St.** **Forest Park, IL 60130** | | | | | | | | 1,076.21 |
| Account No. **xXXXX** | | - | | **Lease** **In collection** | | | | |
| **U.S. Bank Manifest** **1450 Child Parkway** **Marshall, MN 56258** | | | | | | | | 52,317.00 |
| Account No. | | - | | | | | | |
| **U.S. Bank Manifest** **1450 Child Parkway** **Marshall, MN 56258** | | | | | | | | 9,156.00 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,609.71

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anthony Bernard Tiritilli**                                        ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **United REntal** 880 Addison Rd. Villa Park, IL 60181 | - | | Various business debt | | | | 2,868.00 |
| Account No. **US Bankcorp Manifest Funding Svcs** 1310 Madrid St., Ste. 100 Marshall, MN 56258 | - | | Various business debt | | | | 14,189.61 |
| Account No. **Vale Appraisal Group** 404 East 86th Ave. Merrillville, IN 46410 | - | | Various business debt | | | | 2,056.00 |
| Account No. **Vasquez, Carlos** 2434 W. Division Chicago, IL 60622 | - | | 2/11/2008 and 5/6/2008 Personal loan for business | | | | 260,000.00 |
| Account No. **VP Mechanical** 3 N. 110 Ridgeview St. West Chicago, IL 60185 | - | | Various business debt | | | | 10,089.50 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **289,203.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anthony Bernard Tiritilli**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **WBR Roofing Company, Inc.** 25771 N. Hillview Ct. Mundelein, IL 60060 | - | | Various business debt | | | | 520.00 |
| Account No.  **Wilkin Insulation** 501 West Carboy Rd. Mount Prospect, IL 60056 | - | | Various business debt | | | | 1,500.00 |
| Account No.  **Windy City Kitchen and Bath** 370 Bennett Rd. Elk Grove Village, IL 60007 | - | | Various business debt | | | | 16,609.73 |
| Account No.  **Wolff Lanscape Architecture** 307 North Michigan Ave. Ste. 601 Chicago, IL 60601 | - | | Various business debt | | | | 5,108.20 |
| Account No.  | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 23,737.93 |
| Total (Report on Summary of Schedules) | 14,894,850.79 |

12/08/11  4:26PM

B6G (Official Form 6G) (12/07)

.

In re    **Anthony Bernard Tiritilli**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Elizabeth Karaowski**<br>**PO Box 545965**<br>**Miami Beach, FL 33154** | **561 N. Vine, St.,**<br>**Hinsdale, IL  60521**<br>**Residential Lease**<br>**Term date 6/30/2013** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **Anthony Bernard Tiritilli**_____ ,   Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1701 West 13th Street LLC**<br>   Pending suit 2010 L 14675<br>loan on 1300 S. Paulina | **Leaders Bank**<br>c/o Bruce De'Medicie Law Offices<br>834 Forest Ave.<br>Oak Park, IL 60302 |
| **August Mauro**<br>1440 W. Taylor St.<br>Chicago, IL 60607<br>   $2,976,934 loan on Thatcher Woods vacant land | **MB Financial**<br>6111 North River Rd.<br>Des Plaines, IL 60018 |
| **August Mauro**<br>1440 W. Taylor St.<br>Chicago, IL 60607<br>   Pending suit 2010 L 14675<br>loan on 1300 S. Paulina | **Leaders Bank**<br>c/o Bruce De'Medicie Law Offices<br>834 Forest Ave.<br>Oak Park, IL 60302 |
| **August Mauro**<br>1440 W. Taylor St.<br>Chicago, IL 60607<br>   $10,500 loan guaranty | **Loresche, Jim**<br>3025 Soffel Ave<br>Melrose Park, IL 60160 |
| **August Mauro**<br>1440 W. Taylor St.<br>Chicago, IL 60607<br>   $10,500 loan guaranty | **Iorii, Neal**<br>3025 Soffel Ave.<br>Melrose Park, IL 60160 |
| **August Mauro**<br>1440 W. Taylor ST.<br>Chicago, IL 60607<br>   1 acre vacant land adjacent to North Melrose<br>Development, $2,976,934 loan | **MB Financial**<br>6111 North River Rd.<br>Des Plaines, IL 60018 |
| **August Mauro**<br>1440 W. Taylor St.<br>Chicago, IL 60607<br>   13 Condos/townhomes in Thatcher Woods,<br>$6,462,897 loan | **First Merit Bank**<br>501 W. North ave.<br>Melrose Park, IL 60160 |
| **Charles Papp**<br>120 N. LaSalle St., Ste. 900<br>Chicago, IL 60602<br>   $175,000 loan to Irongate Morgan, LLC | **Devito, Cynthia and Dennis**<br>100 Bellevue Pl.<br>Chicago, IL 60611 |
| **Charles Papp**<br>120 N. LaSalle St., Ste. 900<br>Chicago, IL 60602<br>   $100,000 loan to Irongate Morgan, LLC | **Michael E. Devito Living Trust**<br>100 Bellevue Pl.<br>Chicago, IL 60611 |

**3**

____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Anthony Bernard Tiritilli**                                        ,        Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles Papp**<br>**120 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60602**<br>  **$10,500 loan guaranty** | **Loresche, Jim**<br>**3025 Soffel Ave**<br>**Melrose Park, IL 60160** |
| **Charles Papp**<br>**120 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60602**<br>  **$10,500 loan guaranty** | **Iorii, Neal**<br>**3025 Soffel Ave.**<br>**Melrose Park, IL 60160** |
| **Chuck Papp**<br>**120 N. LaSalle St.**<br>**Ste. 900**<br>**Chicago, IL 60602**<br>  **$2,976,934 loan on Thatcher Woods vacant land** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018**<br>  **Bank has taken deed in lieu and settled** |
| **Chuck Papp**<br>**120 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60602**<br>  **1 acre vacant land adjacent to North Melrose**<br>**Development, $2,976,934 loan** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Chuck Papp**<br>**120 S. LaSalle**<br>  **13 Condos/townhomes in Thatcher Woods,**<br>**$6,462,897 loan** | **First Merit Bank**<br>**501 W. North ave.**<br>**Melrose Park, IL 60160** |
| **Irongate Construction**<br>  **Judgment case 2010 M3 4225** | **Edward Hines Lumber Co.**<br>**C/o Dimonte & Lizak**<br>**216 Higgins Rd.**<br>**Park Ridge, IL 60068** |
| **Marcus Boxerman, LLP**<br>  **Pending suit 2010 L 14675** | **Leaders Bank**<br>**c/o Bruce De'Medicie Law Offices**<br>**834 Forest Ave.**<br>**Oak Park, IL 60302** |
| **Neil Renzi**<br>**1300 South Paulina**<br>**Ste. 300**<br>**Chicago, IL 60608**<br>  **$2,976,934 loan on Thatcher Woods vacant land** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Neil Renzi**<br>**1300 S. Paulina, Ste. 300**<br>**Chicago, IL 60608**<br>  **Pending suit 2010 L 14675**<br>**loan on 1300 S. Paulina** | **Leaders Bank**<br>**c/o Bruce De'Medicie Law Offices**<br>**834 Forest Ave.**<br>**Oak Park, IL 60302** |

Sheet __**1**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony Bernard Tiritilli**                                            ,   Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Neil Renzi**<br>**1300 S. Paulina**<br>**Ste. 400**<br>**Chicago, IL 60608**<br>    **$10,500 loan guaranty** | **Loresche, Jim**<br>**3025 Soffel Ave**<br>**Melrose Park, IL 60160** |
| **Neil Renzi**<br>**1300 S. Paulina**<br>**Ste. 400**<br>**Chicago, IL 60608**<br>    **$10,500 loan guaranty** | **Iorii, Neal**<br>**3025 Soffel Ave.**<br>**Melrose Park, IL 60160** |
| **Neil Renzi**<br>**1300 S. Paulina,**<br>**Ste. 300**<br>**Chicago, IL 60608**<br>    **1 acre vacant land adjacent to North Melrose**<br>**Development, $2,976,934 loan** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Neil Renzi**<br>**1300 S. Paulina**<br>**Ste. 300**<br>**Chicago, IL 60608**<br>    **13 Condos/townhomes in Thatcher Woods** | **First Merit Bank**<br>**501 W. North ave.**<br>**Melrose Park, IL 60160** |
| **North Melrose Development, LLC**<br>    **13 Condos/townhomes in Thatcher Woods** | **First Merit Bank**<br>**501 W. North ave.**<br>**Melrose Park, IL 60160** |
| **Roseanne Pileggi**<br>    **$100,000 loan to Irongate Morgan, LLC** | **Michael E. Devito Living Trust** |
| **Roseanne Pileggi**<br>    **$175,000 loan to Irongate Morgan, LLC** | **Cynthia and Dennis Devito** |
| **Roseanne Pileggi**<br>    **Co-debtor on loan re: 33 Six Condominium**<br>**project.  Bank has taken a deed in lieu and settled** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **South Building, LLC**<br>    **1 acre vacant land adjacent to North Melrose**<br>**Development** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Theodore Mazola**<br>**1440 W. Taylor St.**<br>**Chicago, IL 60607**<br>    **$2,976,934 loan on Thatcher Woods vacant land** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Theodore Mazola**<br>**1440 W. Taylor**<br>**Chicago, IL 60607**<br>    **Pending suit 2010 L 14675**<br>**loan on 1300 S. Paulina** | **Leaders Bank**<br>**c/o Bruce De'Medicie Law Offices**<br>**834 Forest Ave.**<br>**Oak Park, IL 60302** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re   **Anthony Bernard Tiritilli** _____,   Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Theodore Mazola**<br>**1440 W. Taylor St.**<br>**Chicago, IL 60607**<br>   **$10,500 loan guaranty** | **Loresche, Jim**<br>**3025 Soffel Ave**<br>**Melrose Park, IL 60160** |
| **Theodore Mazola**<br>**1440 W. Taylor St.**<br>**Chicago, IL 60607**<br>   **$10,500 loan guaranty** | **Iorii, Neal**<br>**3025 Soffel Ave.**<br>**Melrose Park, IL 60160** |
| **Theodore Mazola**<br>**1440 W. Taylor St.**<br>**Chicago, IL 60607**<br>   **1 acre vacant land adjacent to North Melrose**<br>**Development, $2,976,934 loan** | **MB Financial**<br>**6111 North River Rd.**<br>**Des Plaines, IL 60018** |
| **Theodore Mazola**<br>**1440 W. Taylor St.**<br>**Chicago, IL 60607**<br>   **13 Condos/townhomes in Thatcher Woods,**<br>**$6,462,897 loan** | **First Merit Bank**<br>**501 W. North ave.**<br>**Melrose Park, IL 60160** |

Sheet __3__ of __3__  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Anthony Bernard Tiritilli**                                        Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter** | AGE(S):<br>**3**<br>**5**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Developer** | **Realtor** |
| Name of Employer | **Prism Healthcare Group** | **ERA Team Feinstein LLC** |
| How long employed | **6/2010 - present** | **May 2011 - present** |
| Address of Employer | **999 Oakmont Plaza Dr.**<br>**Westmont, IL 60559** | **22 N. Lincoln St.**<br>**Hinsdale, IL 60521** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **18,000.00** | $ **500.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **18,000.00** | $ **500.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): _____ | $ **0.00** | $ **0.00** |
| _____ | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **18,000.00** | $ **500.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify): _____ | $ **0.00** | $ **0.00** |
| _____ | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify): _____ | $ **0.00** | $ **0.00** |
| _____ | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **18,000.00** | $ **500.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **18,500.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Anthony Bernard Tiritilli**                                                    Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 4,400.00 |
| a. Are real estate taxes included? | Yes **X**   No ___ | | |
| b. Is property insurance included? | Yes **X**   No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | | $ | 375.00 |
| b. Water and sewer | | $ | 65.00 |
| c. Telephone | | $ | 175.00 |
| d. Other  **Garbage service** | | $ | 60.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 300.00 |
| 4. Food | | $ | 1,000.00 |
| 5. Clothing | | $ | 250.00 |
| 6. Laundry and dry cleaning | | $ | 140.00 |
| 7. Medical and dental expenses | | $ | 500.00 |
| 8. Transportation (not including car payments) | | $ | 630.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 250.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 50.00 |
| b. Life | | $ | 130.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 150.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Self employment taxes** | | $ | 6,500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,038.00 |
| b. Other  **Wife's credit cards** | | $ | 3,800.00 |
| c. Other  **Childcare** | | $ | 1,200.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **Child related expenses (school fees, sports, etc.)** | | $ | 1,050.00 |
| Other  **Cell phone** | | $ | 180.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 22,243.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 18,500.00 |
| b.   Average monthly expenses from Line 18 above | $ | 22,243.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,743.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anthony Bernard Tiritilli**                                                    Case No.

                                                                    Debtor(s)        Chapter       **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **42**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  8, 2011**                         Signature    **/s/ Anthony Bernard Tiritilli**

                                                                    **Anthony Bernard Tiritilli**
                                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anthony Bernard Tiritilli**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$163,000.00** | **2011 YTD - Prism Healthcare Group** |
| **$25,000.00** | **2011 YTD - Morris Healthcare and Rehabilitation** |
| **$-889,129.00** | **2010 - Business operations** |
| **$-4,208,554.00** | **2009 - Business operations** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,770.00** | **2009 - Unemployment** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Carlos Vasquez**<br>**2434 W. Division**<br>**Chicago, IL 60622** | **8/12/2011** | **$5,477.69** | **$262,197.95** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **08 M1 188571  Citybank South Dakota v. Anthony Tiritilli** | **Collections** | **Municipal Division, Cook County** | **Judgment, $27,710** |
| **08 M1 707222  Board of Managers of Lakeside Tower Condo Assoc., v. Degen Family Limited Partnership, Anthony Tiritilli** | **Detainer ($1,769)** | **Municipal Court, Cook County** | **Judgment - satisfied** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **08 M1 188571  Citibank South Dakota, N.A. v. Anthony Tiritilli** | Collections | **Municipal Division, Cook County** | **Judgment $27,710.27** |
| **08 CH 30500  Citimortgage v. Anthony Tiritilly, ABN AMRO Mortgage Group, City of Chicago, Lakeside Tower Condo Assn.** | **Foreclosure ($248,175)** | **Chancery, Cook County** | **Non-suit by agreement** |
| **09 CH 22471  Citimortgage v. Anthony Tiritilli, Lakeside Tower Condo Assn., ABN AMRO Mortgage Group,** | **Foreclosure ($248,175)** | **Cook County Chancery** | **Judgment, possession** |
| **09 CH 5247  MB Financial Bank, N.A. v. Anthony Tiritilli, Michelle Tiritilli, City of Chicago, United States of America, Apex Excavating, Van Der Laan Brothers, Contractor's Lien Service, Edward Hines Lumber Co.** | **Foreclosure ($402,000)** | **Chancery, Cook County** | **Judgment** |
| **09 L 11909  39th Street Building, LLC v. Neil Renzi, Charles Papp, Anthony Tiritilli** | **Commercial Litigation ($250,000)** | **Law Division, Cook County** | **Dismissed** |
| **09 M1 110408 Torque Ltd. v. Irongate Lane Company and Anthony Tiritilli** | **Contract** | **Municipal Division, Cook County** | **Judgment $31,436.59** |
| **09 M1 400954  City of Chicago v. Anthony Tiritilli and Edward Hines** | Housing | **Municipal Division, Cook County** | **Judgment, $15,000, dismissed by agreement** |
| **09 M1 50409  Lyon Financial Services and US Bankcorp Manifest Fun v. Charles Digiovanni, Irongate Land Co., Lakeside Bank, RCD Construction Development, Steinberg Advisors, Ltd., Anthony Tiritelli and Michelle Tiritelli** | **Foreign judgment registration** | **Municipal Dept., Cook County** | **Citation Dismissed** |
| **09 L 9653  Robert Steinberg v. Mauro August, Theodore Mazola, MM Corporation Chicago, New West Realty Group, Charles Papp, Neil Renzi, Toni Tiritilli** | **Commercial Litigaiton** | **Law Division, Cook County** | **Dismissed** |
| **09 M1 203834  Citibank South Dakota v. Seaton Corp and Jeffrey Tiritilli** | **Contract** | **Municipal Department, Cook County** | **Judgment** |
| **10 L 14675  Leaders Bank v. 1701 West 13th Street, LLC, Marcus Boxerman, LLP, Theodore Mazola, August Mauro, Anthony Tiritilli, Neil Renzi** | **Commercial Litigation ($850,887)** | **Law Division, Cook County** | **Pending** |
| **10 M3 04225  Edward Hines Lumber v. Irongate Construction Company, LLC, Anthony Tiritilli** | **Breach of Contract ($22,980)** | **Municipal Division, Cook county** | **Judgment, $25,804** |
| **10 L 008973  Carlos Vasquez v. Rick DeMaria and Anthony Tiritilli** | **Tort** | **Cook County Law Division** | **Judgment 3/2/2011 $267,676, post judgment proceedings pending** |
| **10 CH 37608  FirstMerit Bank v. Dusable Construciton, August Mauro, Theodore Mazola, North Melrose Development, Charles Papp, Neil Renzi, Thatcher Woods Condo Assn, Anthony Tiritilli, Unknowns** | **Foreclosure** | **Chancery Division, Cook County** | **Pending** |
| **10 M1 175814  Capital One Bank v. Anthony Tiritilli** | **Contract** | **Municipal Division, Cook County** | **Dismissed w/o prejudice** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **10 M1 707172  Residences Riverwood v. Anthony Tiritilli, Michelle Tiritelli and Unknown Occupants** | **possession** | **Municipal Division, Cook County Circuit Court** | **Judgment, order for possession** |
| **11 CH 5480 Plunkard Ltd. V. Irongate Development, LLC, Irongate Morgan, LLC, Fisher Partners Structural, Unknown Owners, Non record claimants** | **Mechanic's Lien Foreclosure** | **Chancery Division, Cook County** | **Dismissed - settlement, $65,000 paid by Irongate Development, LLC** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Riverwoods Condo Association 1700 Riverwoods Dr. Melrose Park, IL 60160** | **August, 2011** | **Parking hall (extension) $3000** |
| **MB Financial 6111 North River Rd. Des Plaines, IL 60018** | **December, 2010** | **Deed in Lieu of Foreclosure on 1000 West Van Buren St., Chicago** |

---

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Coman & Anderson, P.C.** **2525 Cabot Drive** **Suite 300** **Lisle, IL 60532** | **October, 2011** | **$4,300 (includes $299 filing fee)** |
| **Debthelper.com** **Online** | **November 28, 2011** | **$35.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1728 W. George, Chicago, IL** | | **Aug. 2008 - May 2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **South Building, LLC** | 20-8550147 | | **Real Estate Development** | **2005 - present** |
| **Riverwoods Condo, LLC** | 36-4483655 | | **Real Estate Development** | **2000 - present** |
| **Development Chicago, LLC** | 04-3769382 | | **Private Equity** | **2001 - present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **51st Associates, LLC** | **20-2891352** | | **Real Estate Development** | **2004 - 11/10/11 (involuntary dissolution)** |
| **By the Lake, LLC** | **61-1456078** | | **Real Estate Development** | **2002 - 12/10/2010 (involuntary dissolution)** |
| **By the Lake II, LLC** | **56-2432362** | | **Real Estate Development** | **2003 - 7/9/2010 (involuntary dissolution)** |
| **1701 W. 13th Street, LLC** | **36-4433720** | | **Real Estate Development** | **1999 - present** |
| **North Melrose Development, LLC** | **81-0627499** | | **Real Estate Development** | **2003 - present** |
| **5007 Lawndale Corporation** | **20-3010685** | | **Real Estate Development** | **2003 - present** |
| **Irongate Morgan, LLC** | **20-8772828** | | **Real Estate Development** | **2007 - 10/14/2011 (involuntary dissolution)** |
| **Irongate Development, LLC** | **20-5996995** | | **Real Estate Development** | **2006 - 12/11/2009 (involuntary dissolution)** |
| **Irongate Construction, LLC** | **20-8202295** | | **Construction** | **2006 - 7/9/2010 (involuntary dissolution)** |
| **Irongate Land Company** | **20-8133867** | | **Holding Company** | **2006 - 2009** |
| **Irongate Capital Mgt., LLC** | **26-4117596** | | **Private Equity** | **2008 - 4/9/2010 (involuntary dissolution)** |
| **RCD Construction & Development Company** | **36-4372248** | | **Construction** | **1994-2009** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Chuck Digiovani** | **2000 - present** |
| **Digiovani, McLoran & Assoc.** | |
| **11220 S. Harlem Ave.** | |
| **Worth, IL 60482** | |
| | |
| **Steinberg advisors, ltd.** | |
| **5 REvere Dr.** | |
| **Northbrook, IL 60062** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **MB Financial** | **12/1/2010** |
| **6111 North River Rd.** | |
| **Des Plaines, IL 60018** | |
| | |
| **First Merit Bank** | **12/1/2010** |
| **501 West North Ave.** | |
| | |
| **Leaders Bank** | **7/1/2010** |
| **2001 York Rd.** | |
| **Oak Brook, IL 60523** | |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **South Building, LLC** | **Member** | **20%** |
| **Riverwoods Condo, LLC** | **Member** | **20%** |
| **Development Chicago, LLC** | **Member** | **20%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **1701 West 13th Street, LLC** | **Member** | **12.4%** |
| **North Melrose Development LLC** | **Member** | **20%** |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **5007 Lawndale Corporation** | **President** | **15%** |

---

**22 . Former partners, officers, directors and shareholders**

None ☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **51st Associates, LLC** | | **Involuntary Dissolution 11/10/2011 15% interest** |
| **By the Lake, LLC** | | **Involuntary Dissolution 12/10/2010 20% interest** |
| **By the Lake II, LLC** | | **Involuntary Dissolution 7/9/2010 20% interest** |
| **Irongate Morgan, LLC** | | **Involuntary Dissolution 10/14/2011 50% interest** |
| **Irongate development, LLC** | | **Involuntary Dissolution 12/11/2009 50% interest** |
| **Irongate Construction Company LLC** | | **Involuntary Dissolution 7/9/2010 50% interest** |
| **Irongate Capital Management, LLC** | | **Involuntary Dissolution 4/9/2010 33.3% INTEREST** |

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Irongate Land Company** | **President 50% interest** | **Involuntary Dissolution 6/12/2009** |
| **RCD Construction & Develpment, Inc** | **President 60.4% interest** | **Involuntary Dissolution 10/9/2009** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **December  8, 2011**                    Signature  **/s/ Anthony Bernard Tiritilli**

                                                        **Anthony Bernard Tiritilli**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anthony Bernard Tiritilli**                           Case No. _____

                                   Debtor(s)              Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>  ☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt                   ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December  8, 2011** _____       Signature     **/s/ Anthony Bernard Tiritilli** _____

                                                            **Anthony Bernard Tiritilli**

                                                            Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Anthony Bernard Tiritilli**                                        Case No.

Debtor(s)                                     Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,001.00 |
| Prior to the filing of this statement I have received | $ | 4,001.00 |
| Balance Due | $ | 0.00 |

2.    $  **299.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any adversary proceeding, any objection to claimed exemptions, any motions to dismiss or convert**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December  8, 2011**                         **/s/ David A. Newby**
                                                        **David A. Newby 6191580**
                                                        **Coman & Anderson, P.C.**
                                                        **650 Warrenville Road**
                                                        **Suite 500**
                                                        **Lisle, IL 60532**
                                                        **630/428-2660  Fax: 630/428-2549**
                                                        **khaskell@comananderson.com**

---

MARK D. ANDERSON
LYNN E. CAGNEY
DANIEL G. COMAN
WILLIAM J. COTTER
JAMES A. HOCHMAN
JOHN A. LIPINSKY
MAUREEN A. MAFFEI
DAVID A. NEWBY
THOMAS G. ODDO
JEFFREY R. PLATT
GEORGE S. WEEMS

# COMAN & ANDERSON P.C.
ATTORNEYS AND COUNSELORS AT LAW

2525 Cabot Drive ▪ Suite 300 ▪ Lisle, IL ▪ 60532
Telephone: (630) 428-2660
Facsimile: (630) 428-2549
www.comananderson.com

DAVID A. NEWBY
DIRECT DIAL: (630) 946-1665
DNEWBY@COMANANDERSON.COM

September 2, 2011

**Via U.S. Mail and Email**

Mr. Anthony Tiritilli
Prism Healthcare Management
999 Oakmont Plaza Drive, Suite 540
Westmont, IL 60559
Email: anthony@prismhealthcaregroup.com

      Re:    Bankruptcy

Dear Mr. Tiritilli:

As we recently discussed, our firm would be pleased to represent you in the filing of your Chapter 7 bankruptcy case. We want to thank you for choosing us to work with you. You will shortly be receiving an email from us requesting detailed information on your financial condition.

The purpose of this letter is to confirm our agreement regarding our firm's handling of the bankruptcy for you. With respect to our fees, we will perform the work in connection with this matter at for a flat fee of $4,000.00 plus the filing fee of $299.00.

Under the 2007 Illinois Supreme Court case of *Dowling v. Chicago Options Assoc., Inc.* we are required to make certain disclosures to you about the flat fee you will be paying. A flat fee is a "classic" retainer. It is earned by our firm immediately when paid by you, and it immediately becomes the property of our firm when paid by you.

We have agreed that our firm will be representing you in your filing of a bankruptcy petition so that you may attempt to discharge all of your debts (except monies owed to any governmental entity due to a failure to turn over monies that were withheld from payroll or from sales, which are not dischargeable). Our representation of you will be limited to (a) review of your financial situation, (b) advice regarding whether and what type of bankruptcy petition to file, (c) preparation of your petition, schedules, and statement of affairs and other documents required by the court to file your bankruptcy case, (d) representation of you at the meeting of

*Mr. Anthony Tiritilli*
*Re: Representation Letter*
*September 2, 2011*
*Page 2*

creditors held in your bankruptcy case, and (e) responding to the inquiries of your creditors and the case trustee.

We have agreed that this fee arrangement applies only to the services referenced above and that if any other services are necessary, such as the defense of any adversary proceeding, the response to a motion to dismiss your case, or a challenge to the exemptions you claim, a different arrangement regarding fees will be reached, should our firm choose to handle such representation for you. This fee arrangement specifically does not include representation in any adversary proceedings, including those that might be filed to object to your discharge and/or the dischargeability of any particular debt.

If you agree to the terms set forth for our representation of you, please sign one copy of this letter, and return it to me. Please retain a signed copy for your records. I look forward to working with you.

Very truly yours,

**COMAN & ANDERSON, P.C.**

By: _____
David A. Newby

Reviewed and Accepted this
_____ day of September, 2011

_____
Anthony Tiritilli

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anthony Bernard Tiritilli**             Case No.

                         Debtor(s)      Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:               **134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December  8, 2011**            **/s/ Anthony Bernard Tiritilli**

                                       **Anthony Bernard Tiritilli**

                                       Signature of Debtor

1701 West 13th Street LLC


3 Point LLC
450 West 55th St.
Ste. 200
La Grange, IL 60525


ACI - American Coradius Int'l LLC
2420 Sweet Home Rd.
Ste. 150
Buffalo, NY 14228


American Collections
919 Estes Ct.
Schaumburg, IL 60193


American Express
PO Box 297871
Fort Lauderdale, FL 33329


AMEX
P.O. Box 981537
El Paso, TX 79998


Andersen Environmental Consulting
6655 Main St.
#110
Downers Grove, IL 60516


August Mauro
1440 W. Taylor St.
Chicago, IL 60607


Blitt & Gaines, PC
661 W. Glen Ave.
Wheeling, IL 60090


Blitzer, David
345 Park Ave.
New York, NY 10154

BSB Design
1601 West Lakes Parkway
Ste. 200
West Des Moines, IA 50266


Cap One
P.O. Box 85520
Richmond, VA 23285


Capital One Bank
c/o Blatt, Hasenmiller, Leibsker
125 South Wacker Dr., Ste. 400
Chicago, IL 60606


Carranza Stone Corp.
4106 W. Armitage Ave.
Chicago, IL 60639


Castaldo, Michael
359 Galway Ct.
Bloomingdale, IL 60108


Castaldo, Nicholas
3111 York Rd.
Oak Brook, IL 60523


Castaldo, Ronald
1220 National Ave.
Addison, IL 60101


CDW
200 N. Milwaukee Ave.
Vernon Hills, IL 60061


Charles Papp
120 N. LaSalle St., Ste. 900
Chicago, IL 60602


Chase
PO Box 15298
Wilmington, DE 19850


Chase
201 N. Walnut St.
#DE1-10

Chase Card Services
P.O. Box 15153
Wilmington, DE 19886


Chicago Flooring System
1029 North Throop St.
Chicago, IL 60642


Chuck Papp
120 N. LaSalle St.
Ste. 900
Chicago, IL 60602


Chuck Papp
120 N. LaSalle St., Ste. 900
Chicago, IL 60602


Chuck Papp
120 S. LaSalle


Citi
P.O. Box 6241
Sioux Falls, SD 57117


Citibank South Dakota
c/o Blatt Hansenmiller
125 S. Wacker Dr, #400
Chicago, IL 60606


CitiCard
PO Box 688906
Des Moines, IA 50368


CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898


Consultatio Resource
5225 Old Orchard Rd.
Ste. 31-32
Skokie, IL 60077


Continental Disposal
908 W. 31st
Chicago, IL 60608

Cornerstone Solutions
120 W. 22nd St., #350
Oak Brook, IL 60523


Cowhey Gudmundson Leder LTD
300 Park Blvd., #205
Itasca, IL 60143


Credit One, LLC
P.O. Box 625
Metairie, LA 70004


Creditstone LLC
PO Box 625
Metairie, LA 70004


Cybor Fire Protection
5123 Thatcher Rd.
Downers Grove, IL 60515


Daley and George, LTD
20 S. Clark St.,
Suite 400
Chicago, IL 60603


Daniel Weinbach & Partners Ltd.
53 W. Jackson
Ste. 250
Chicago, IL 60604


Devito, Cynthia and Dennis
100 Bellevue Pl.
Chicago, IL 60611


Edward Hines Lumber Co.
1000 Corporate Dr.
Buffalo Grove, IL 60089


Edward Hines Lumber Co.
C/o Dimonte & Lizak
216 Higgins Rd.
Park Ridge, IL 60068

Elite Electric Co.
1624 N. 25th Ave.
Melrose Park, IL 60160


Elizabeth Karaowski
PO Box 545965
Miami Beach, FL 33154


ENCAP, Inc.
224 S. Main St.
Wheaton, IL 60187


Eriksson Engineering Assoc. Ltd.
145 Commerce Dr.
Suite A
Grayslake, IL 60030


Final Touch Painting
729 South Loomis St.
Chicago, IL 60607


First Merit Bank
501 W. North ave.
Melrose Park, IL 60160


Fox Valley Imaging Center
1551 Bond St.
Ste. 107
Aurora, IL 60503


Fuchs & Roselli, Ltd.
440 W. Randolph #500
Chicago, IL 60606


Furniture Medic
8212 North Oleander Ave.
Niles, IL 60714


Georges NW Glass
6101 Kennedy Ave.
Hammond, IN 46323

Ginsberg, Jacobs, LLC
300 S. Wacker Dr.
Ste. 2450
Chicago, IL 60606


Graff, Mattias
724 Fifth Avenue, Ste. 900
Apt. 1
New York, NY 10019


Grants Signs
1540 S. Ashland
#102
Chicago, IL 60608


Great Floors, Inc.
9025 W. Cermak
Riverside, IL 60546


Gremley and Biedermann
4505 North Elston Ave.
Chicago, IL 60630


HSBC/RS
90 Christiana Rd.
New Castle, DE 19720


Illinois Paper & Copier Co.
6 Territorial Court
Bolingbrook, IL 60440


In-Lite Electrical Construction
904 S. Roselle Rd.
Ste. 300
Schaumburg, IL 60193


Internal Reveue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Iorii, Neal
3025 Soffel Ave.
Melrose Park, IL 60160

Irongate Construction


Johnson, Taylor
180 N. Wacker Dr.
Ste. 200
Chicago, IL 60606


Keating, Keith
Keating Development Group, LLC
150 Lance Dr.
Twin Lakes, WI 53181


Kenig, Lindgren, O'Hara, Aboona Inc
9575 W. Higgins Rd.
Ste. 400
Des Plaines, IL 60018


KOR Plumbing Contractors, Inc.
226 Tee Lane
Bloomingdale, IL 60108


L&M Electric
7129 South Oakley Ave.
Chicago, IL 60636


Leaders Bank
c/o Bruce De'Medicie Law Offices
834 Forest Ave.
Oak Park, IL 60302


Loresche, Jim
3025 Soffel Ave
Melrose Park, IL 60160


Mackie Constultants, LLC
9575 W. Higgins Rd.
Ste. 500
Des Plaines, IL 60018


Maggio-Rent-A-Fence
2225 W. North Ave
Melrose Park, IL 60160

Maggio-Rent-A-Potty
2225 W. North Ave.
Melrose Park, IL 60160


Mannheim Rental Equipment
3231 N. Mannheim Rd.
Franklin Park, IL 60131


Marcus Boxerman, LLP


Marquardt, Kallas & Belmonte, PC
311 S. County Farm Rd.
Wheaton, IL 60187


Mauro, Gus
1440 W. Taylor St.
Chicago, IL 60607


Mazola, Ted
1440 W. Taylor St.
Chicago, IL 60607


MB Financial
6111 North River Rd.
Des Plaines, IL 60018


Meier Masonry
825 Fairhope
Glenview, IL 60025


Mercedes Benz Financial
26455 Corporate Dr.
Farmington, MI 48331


Michael E. Devito Living Trust
100 Bellevue Pl.
Chicago, IL 60611


Midwest Academy of Pain - Spine
P.O. Box 3336
Hinsdale, IL 60522

Monster, Inc.
P.O Box 90364
Chicago, IL 60696


Mossner IDM
200 North Michigan Ave.
2nd Fl.
Chicago, IL 60601


Neil Renzi
1300 South Paulina
Ste. 300
Chicago, IL 60608


Neil Renzi
1300 S. Paulina, Ste. 300
Chicago, IL 60608


Neil Renzi
1300 S. Paulina
Ste. 400
Chicago, IL 60608


Neil Renzi
1300 S. Paulina,
Ste. 300
Chicago, IL 60608


Neil Renzi
1300 S. Paulina
Ste. 300
Chicago, IL 60608


Nexus Lexes
c/o The Chait, Kaplan Baim Firm
30 N. LaSalle, Ste. 1520
Chicago, IL 60602


Nicor
P.O. Box 190
Aurora, IL 60507


North Melrose Development, LLC

OK Heating, Inc
446 N. Western
Chicago, IL 60612


Papp, Chuck
120 North LaSalle St., Ste. 900
Chicago, IL 60602


Papp, Chuck
120 N. LaSalle St.
Ste. 900
Chicago, IL 60602


Papp, Patricia


Pedersen & Houpt
161 North Clark St.
Ste. 3100
Chicago, IL 60601


Pileggi, Rosanne
4804 Grand Avenue
Western Springs, IL 60558


Pioneer Engineering and Env. Svc.
700 N. Sacramento Blvd
Ste. 101
Chicago, IL 60612


R&R Glass and Windows, Inc.
3541 N. Kenton Ave.
Chicago, IL 60641


R. Carrozza Plumbing Inc.
9226 W. Chestnut Ave.
Franklin Park, IL 60131


Renzi, Neil
1300 South Paulina
Ste. 300
Chicago, IL 60602

Residences Riverwood
c/o Kovitz Shifrin Nesbit
750 Lake Cook Rd., #350
Buffalo Grove, IL 60089


RNB-Fields3
PO Box 9475
Minneapolis, MN 55440


Roseanne Pileggi


Rozencranz, Linda
1423 W. Flournoy
Chicago, IL 60607


Sandoval Construction Co.
360 Green Feather Ln.
Elgin, IL 60120


Schaaf Window Co., Inc.
18445 Thompson Ct., #A
Tinley Park, IL 60477


Schefsky & Froelich
111 East Wacker Dr.
Ste. 2800
Chicago, IL 60601


Service Master
1440 W. North Ave.#205
Melrose Park, IL 60160


South Building, LLC


Spillman & Wotyla Insurance
568 Pennsylvania Ave.
Glen Ellyn, IL 60137


SST/CIGPFIC CORP
4315 Pickett Rd.
Saint Joseph, MO 64503

Staples Business Advantage
Dept. DET 2368
PO Box 83689
Chicago, IL 60696


Strategic Recovery Group
7880 Bent Branch Dr.
Ste. 150
Irving, TX 75063


Strategy Planning Associates
1480 Spalding Dr.
Atlanta, GA 30350


The Leaders Bank
2001 York Road
Oak Brook, IL 60523


The Structural Shop
9601 River ST.
Schiller Park, IL 60176


Theodore Mazola
1440 W. Taylor St.
Chicago, IL 60607


Theodore Mazola
1440 W. Taylor
Chicago, IL 60607


Torque Design
167 N. Racine
Suite 2
Chicago, IL 60607


Torque, Ltd.
309 Justine
Chicago, IL 60607


Trage Brothers Appliances
7440 Madison St.
Forest Park, IL 60130

```
U.S. Bank Manifest
1450 Child Parkway
Marshall, MN 56258


United REntal
880 Addison Rd.
Villa Park, IL 60181


US Bankcorp Manifest Funding Svcs
1310 Madrid St., Ste. 100
Marshall, MN 56258


Vale Appraisal Group
404 East 86th Ave.
Merrillville, IN 46410


Vasquez, Carlos
2434 W. Division
Chicago, IL 60622


VP Mechanical
3 N. 110 Ridgeview St.
West Chicago, IL 60185


WBR Roofing Company, Inc.
25771 N. Hillview Ct.
Mundelein, IL 60060


Wilkin Insulation
501 West Carboy Rd.
Mount Prospect, IL 60056


Windy City Kitchen and Bath
370 Bennett Rd.
Elk Grove Village, IL 60007


Wolff Lanscape Architecture
307 North Michigan Ave.
Ste. 601
Chicago, IL 60601
```